## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

Case No. 6:23-cv-02001-GAP-RMN

LISETTE SANTIAGO,
An Individual,

      Plaintiff,

v.


VINELAND MOTOR SALES, LLC d/b/a
TOYOTA OF ORLANDO,
A Florida Limited Liability Company,

      Defendant.
_____/

### PLAINTIFF'S DESIGNATION OF LEAD COUNSEL

Please take notice the following attorney is entering an appearance for Plaintiff, Lisette Santiago, and will serve as lead counsel and attorney in charge in the above numbered and entitled cause:

Sarah Cibula Feller, Esq.
Florida Bar No.: 1027809
Newhart Legal, P.A.
14611 Southern Blvd., Suite 1351
Telephone: (561) 331-1806
Facsimile: (561) 473-2946
E-Mail: sarah@newhartlegal.com

Ms. Feller is currently admitted to practice in the Middle District of Florida.

Dated: November 1, 2023

/s/ Sarah Cibula Feller
Darren R. Newhart, Esq.
FLORIDA BAR NO: 0115546
Sarah Cibula Feller, Esq.
FLORIDA BAR NO.: 1027809
Email:  Darren@NewhartLegal.com
          Sarah@NewhartLegal.com
NEWHART LEGAL, P.A.
14611 Southern Blvd., Suite 1351
Loxahatchee, FL 33470
Telephone: (561) 331-1806
Facsimile: (561) 473-2946
*Counsel for the Plaintiff*

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically via the Court's CM/ECF filing system and served on all counsel of record.

/s/ Sarah Cibula Feller
Sarah Cibula Feller, Esq.
FL Bar No: 1027809