UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:23-cv-02001-GAP-RMN

LISETTE SANTIAGO,
An Individual,

  Plaintiff,
v.

VINELAND MOTOR SALES, LLC d/b/a
TOYOTA OF ORLANDO,
A Florida Limited Liability Company,

  Defendant.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07(c), I certify that the instant action is related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

**NONE.**

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: November 1, 2023

-2-

/s/ Sarah Cibula Feller, Esq.
DARREN R. NEWHART, ESQ.
FL Bar No.: 0115546
SARAH CIBULA FELLER, ESQ.
FL Bar No.: 1027809
Email:  Darren@NewhartLegal.com
           Sarah@NewhartLegal.com
NEWHART LEGAL, P.A.
P.O. BOX 1351
Loxahatchee, FL 33470
Tel: (561) 331-1806
Fax: (561) 473-2946
*Counsel for Plaintiff, Lisette Santiago*

/s/ Joshua E. Feygin
JOSHUA FEYGIN, ESQ.
FL Bar No.: 124685
Email:  Josh@JFeyginesq.com
JOSHUA FEYGIN, PLLC
1930 Harrison St, Suite 208F
Hollywood, FL 33020
Tel: (954) 228-5674
Fax: (954) 697-0357
*Counsel for Plaintiff, Lisette Santiago*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 1, 2023, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Middle District of Florida, using the CM/ECF system, and that the foregoing document was served electronically to all counsel of record.

_____/s/_____

SARAH CIBULA FELLER, ESQ.
FLORIDA BAR NO.: 1027809