**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

Case No. 6:23-cv-02001-GAP-RMN

LISETTE SANTIAGO,
An Individual,

      Plaintiff,

v.


VINELAND MOTOR SALES, LLC d/b/a
TOYOTA OF ORLANDO,
A Florida Limited Liability Company,

      Defendant.
_____/

### CERTIFICATE OF INTERESTED PERSONS
### AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's Order on Interested

Persons and Corporate Disclosure Statement:

1.)    the name of each person, attorney, association of persons, firm, law firm,

partnership, and corporation that has or may have an interest in the outcome of this

action — including subsidiaries, conglomerates, affiliates, parent corporations,

publicly-traded companies that own 10% or more of a party's stock, and all other

identifiable legal entities related to *any* party[1] in the case:

---

[1] A party should not list an assigned District Judge or Magistrate Judge as an "interested person" absent some non-judicial interest.

A. LISETTE SANTIAGO – Plaintiff

B. NEWHART LEGAL, P.A. – Counsel for Plaintiff

C. DARREN R. NEWHART, ESQ. – Counsel for Plaintiff

D. SARAH CIBULA FELLER, ESQ. – Counsel for Plaintiff

E. SUE YOUR DEALER – A LAW FIRM – Co-Counsel for Plaintiff

F. JOSHUA FEYGIN, ESQ. – Co-Counsel for Plaintiff

G. VINELAND MOTOR SALES, LLC d/b/a TOYOTA OF ORLANDO – Defendant

2.)    the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None.

3.)    the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    None.

4.)    the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

A. LISETTE SANTIAGO

5.)      Check one of the following:

**X** I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

**-or-**

_____ I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain)

Dated: November 1, 2023

/s/ Sarah Cibula Feller, Esq.
DARREN R. NEWHART, ESQ.
FL Bar No.: 0115546
SARAH CIBULA FELLER, ESQ.
FL Bar No.: 1027809
Email:  Darren@NewhartLegal.com
         Sarah@NewhartLegal.com
NEWHART LEGAL, P.A.
P.O. BOX 1351
Loxahatchee, FL 33470
Tel: (561) 331-1806
Fax: (561) 473-2946
*Counsel for Plaintiff, Lisette Santiago*

/s/ Joshua E. Feygin
JOSHUA FEYGIN, ESQ.
FL Bar No.: 124685
Email:  Josh@JFeyginesq.com
JOSHUA FEYGIN, PLLC
1930 Harrison St, Suite 208F
Hollywood, FL 33020
Tel: (954) 228-5674
Fax: (954) 697-0357
*Counsel for Plaintiff, Lisette Santiago*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 1, 2023, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Middle District of Florida, using the CM/ECF system, and that the foregoing document was served electronically to all counsel of record.

_____/s/_____
SARAH CIBULA FELLER, ESQ.
FLORIDA BAR NO.: 1027809