**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

Case No. 6:23-cv-2001-GAP-RMN

LISETTE SANTIAGO,
An Individual,

    Plaintiff,

v.


VINELAND MOTOR SALES, LLC d/b/a
TOYOTA OF ORLANDO,
A Florida Limited Liability Company,

    Defendant.
_____/

**NOTICE OF FILING**
**SUMMONS RETURNED EXECUTED**

Notice is hereby given that Defendant, Vineland Motor Sales, LLC d/b/a Toyota of Orlando, was served with the Summons, Complaint, and Exhibit "A" to the Complaint on October 19, 2023. Proof of service is attached hereto as Exhibit "A."

Dated: November 2, 2023

                                          <u>/s/ Sarah Cibula Feller</u>
                                          Darren R. Newhart, Esq.
                                          FL Bar No.: 0115546
                                          Sarah Cibula Feller, Esq.
                                          FL Bar No.: 1027809
                                          E-mail: darren@newhartlegal.com
                                                            sarah@newhartlegal.com
                                          NEWHART LEGAL, P.A.

14611 Southern Blvd., Suite 1351<br>
Loxahatchee, FL 33470<br>
Tel: (561) 331-1806 / Fax: (561) 473-2946

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 2, 2023, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Middle District of Florida, using the CM/ECF system, and that the foregoing document was served electronically to all counsel of record.

/s/ Sarah Cibula Feller
SARAH CIBULA FELLER, ESQ.
FL Bar No.: 1027809