AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

LISETTE SANTIAGO,
An Individual,

*Plaintiff(s)*

v.

VINELAND MOTOR SALES, LLC d/b/a TOYOTA OF ORLANDO

*Defendant(s)*

Civil Action No. 6:23-cv-2001-GAP-RMN

Received On 10-19-23
Served On CT
Date 10-19-23 Time 1:20 pm
P.S. WW 1477

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  VINELAND MOTOR SALES, LLC d/b/a TOYOTA OF ORLANDO
C/O its Registered Agent:
C T CORPORATION SYSTEM
1200 South Pine Island Rd.
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Newhart Legal, P.A.
14611 Southern Blvd., Suite 1351
Loxahatchee, FL 33470

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: October 19, 2023

EstrellaMelians
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-2001-GAP-RMN

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Vineland Motor Sales, LLC d/b/a Toyota Of Orlando
was received by me on *(date)* 10/19/2023 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Donna Mach Fo CT Corporation System , who is designated by law to accept service of process on behalf of *(name of organization)* Vineland Motor Sales, LLC d/b/a Toyota Of Orlando on *(date)* 10/19/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/19/2023

*Server's signature*

Eric Rosaler-Process Server
*Printed name and title*

PO Box 4132
Hallandale, FL 33008

*Server's address*

Additional information regarding attempted service, etc: