UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:23-cv-2001-GAP-RMN

LISETTE SANTIAGO,
An Individual,

    Plaintiff,

v.

VINELAND MOTOR SALES, LLC d/b/a
TOYOTA OF ORLANDO,
A Florida Limited Liability Company,

    Defendant.
_____/

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**

    Plaintiff, Lisette Santiago ("Plaintiff"), by and through undersigned counsel and pursuant to the applicable Federal Rules of Civil Procedure, hereby moves the Court to extend the deadline for Defendant to file a response to Plaintiff's Complaint, and in support thereof states:

    1.    Defendant's response to the Complaint served on October 19, 2023 is due on November 8, 2023.

    2.    The parties have been in settlement communications regarding this lawsuit prior to a formal response and appearance being filed by Defendant's counsel.

3. As such, Plaintiff respectfully requests this Court grant a fourteen (14) day extension of time until Wednesday, November 22, 2023 for Defendant to appear and file a response to Plaintiff's Complaint to allow the parties to explore settlement prior to incurring additional costs.

4. This request is made in good faith and not for dilatory purposes.

5. No party will be prejudiced should this Court grant this relief to Defendant.

WHEREFORE, Plaintiff, Lisette Santiago, respectfully requests that this Court grant Plaintiff's Motion for Extension of Time for Defendant to File Response to Plaintiff's Complaint granting Defendant until November 22, 2023 to appear and file a response to Plaintiff's Complaint.

Dated: November 3, 2023

/s/ Sarah Cibula Feller
Darren R. Newhart, Esq.
FL Bar No.: 0115546
Sarah Cibula Feller, Esq.
FL Bar No.: 1027809
E-mail: darren@newhartlegal.com
         sarah@newhartlegal.com
NEWHART LEGAL, P.A.
14611 Southern Blvd., Suite 1351
Loxahatchee, FL 33470
Tel: (561) 331-1806 / Fax: (561) 473-2946

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 3, 2023, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Middle

District of Florida, using the CM/ECF system, and that the foregoing document was served electronically to all counsel of record.

/s/ Sarah Cibula Feller
SARAH CIBULA FELLER, ESQ.
FL Bar No.: 1027809
