UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:23-cv-2001-GAP-RMN

LISETTE SANTIAGO,
An Individual,

    Plaintiff,

v.

VINELAND MOTOR SALES, LLC d/b/a
TOYOTA OF ORLANDO,
A Florida Limited Liability Company,

    Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, Lisette Santiago, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and Middle District of Florida Local Rule 3.09, hereby dismisses this action with prejudice having amicably resolved all matters in controversy. The Plaintiff respectfully requests that this Court retain jurisdiction to enforce the terms of the Settlement Agreement made by and between the Parties hereto.

Dated: November 10, 2023

Respectfully Submitted,

*/s/ Sarah Cibula Feller*
Darren R. Newhart, Esq.
FL Bar No: 0115546
Sarah Cibula Feller, Esq.
FL Bar No.: 1027809
E-mail: darren@newhartlegal.com
sarah@newhartlegal.com
NEWHART LEGAL, P.A.
14611 Southern Blvd. Suite 1351
Loxahatchee, FL 33470
Telephone: (561) 331-1806
Facsimile:  (561) 473-2946

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been furnished to all counsel of record through the Court's electronic case filing system on November 10, 2023.

*/s/ Sarah Cibula Feller*
Sarah Cibula Feller, Esq.
FL Bar No: 1027809