# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

LISETTE SANTIAGO,

      Plaintiff,

v.                                Case No:   6:23-cv-2001-GAP-RMN

VINELAND MOTOR SALES, LLC,

      Defendant

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of the Notice of Voluntary Dismissal with Prejudice (Doc. 12), it is

**ORDERED** that this case is DISMISSED without prejudice pursuant to Local Rule 3.09(b), subject to the right of any party to move the Court within sixty (60) days for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.   Any pending motions are **DENIED** as moot. The Court will not agree to retain jurisdiction over an undisclosed settlement agreement.   If this is a material provision in the agreement, the parties must file a motion explaining why the Court should retain jurisdiction over this case.   The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on November 13, 2023.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties